UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLY VAN BATTEN,<br><br>           Plaintiff,<br><br>     v.<br><br>TUCKER,<br><br>           Defendant. | Case No.: 1:20-cv-1597 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 41) |

Sly Van Battan seeks to hold the defendant liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The magistrate judge found Plaintiff failed to obey the Local Rules and failed to prosecute the action. (Doc. 41.) The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit, and recommended the action be dismissed. (*Id.* at 3-5.)

The Court served these Findings and Recommendations on Plaintiff at the address on record and notified him at that any objections were due within 14 days.[1] (Doc. 41 at 5.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

---

[1] The U.S. Postal Service returned the Findings and Recommendations as "Undeliverable, Paroled/Discharged" on July 31, 2024. Regardless, service of documents at the known address is deemed fully effective absent notice of a party's change of address. See Local Rule 182(f).

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 23, 2024 (Doc. 41) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2024**

UNITED STATES DISTRICT JUDGE

2